# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 365TH JUDICIAL DISTRICT COURT OF DIMMIT COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on March 11, 2015, the cause upon appeal to revise or reverse your judgment between

City of Carrizo Springs and Adrian DeLeon, individually and as Mayor of the City of Carrizo Springs, Appellant

V.

Isabel Cumpian, Bill Martin, Alfredo Z. Padilla, Individually and on behalf of the Carrizo Springs Housing Authority, Appellee

No. 04-14-00821-CV and Tr. Ct. No. 14-09-12375-DCV-AJA

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER that appellants, City of Carrizo Springs and Adrian DeLeon, individually and as Mayor of the City of Carrizo Springs, bear all costs of this appeal.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on May 11, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00821-CV

**City of Carrizo Springs and Adrian DeLeon, individually and as Mayor of the City of Carrizo Springs**

**v.**

**Isabel Cumpian, Bill Martin, Alfredo Z. Padilla, Individually and on behalf of the Carrizo Springs Housing Authority**

(NO. 14-09-12375-DCV-AJA IN 365TH JUDICIAL DISTRICT COURT OF DIMMIT COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | MARK A. SANCHEZ |
| MOTION FEE | $10.00 | E-PAID | MARK SANCHEZ |
| REPORTER'S RECORD | $220.00 | PAID | DAVIDSON, TROILO, REAM & GARZA, PC |
| CLERK'S RECORD | $81.00 | PAID | CITY OF CARRIZO SPRINGS |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | DAVIDSON & TROILO |
| INDIGENT | $25.00 | PAID | DAVIDSON & TROILO |
| FILING | $100.00 | PAID | DAVIDSON & TROILO |
| STATEWIDE EFILING FEE | $20.00 | PAID | DAVIDSON & TROILO |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this May 11, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853